UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

Jonathan Lee Riches d/b/a
Vince McMahon,
Plaintiff

CASE NO:

1:09CV108 MP/AK

V.

Hulk Hogan d/b/a Terry Bollea a/k/a Hulkster a/k/a Hollywood Hulk Hogan; Brooke Hogan; Nick Hogan; Linda Hogan; Wrestlemania; American Gladiators; Jennifer McDaniel; Christiane Piante; Stone Cold Steve Austin; John Graziano; Sylvester Stallone,
Defendants

---

Preliminary Injunction, Temporary Restraining Order, TRO
I FACE Imminent danger from Hogan & his Family & Friends

Comes Now, Jonathan Lee Riches d/b/a Vince McMahon, Moves for a Restraining order Against Hulk Hogan and the listed defendants. I've been previously Assaulted by the Hulkster in Gainesville at the Swamp Florida Gators Football field on July 10, 2002, Now I'm even getting harassed and humiliated by defendants. I have Information and documents that I was delivering to University of Florida Journal of medicine Professors regarding the Steroid use of Brooke & Hulk Hogan. I personally Injected needles of steroids in Brookes arms in 2002 under the Hulks orders, so Brooke can grow to be a Monster Teenager to eventually take on China and Stacy Keibler of the WWE to win contract money to help pay for Hulk Hogans Florida Mafia Debts and the Columbians were After Hulk Hogan for unpaid Cocaine Shipments to Hogan's Clearwater Beach House. I'm a former Boyfriend to Brooke Hogan, I saved every needle I injected into her, I also have her left silicon Breast for evidence. Hulk Hogan is sending his Son Nick to run me down in his Mazda on Steroid Road Rage, Nick Hogan tried to Assault me on thanksgiving 2002 with Matchbox cars and micro machines, and Nick stole my Pinewood derby cub scout cars and Nick stole ferbie from me that was a Gift from Whan, I had a secret Affair with Linda Hogan from Feb 2002 through

=2

December 2004. I financed all her outfits she wore on the VH1 series "Hogan Knows Best" with stolen Identity Theft money and Ponzi Loot from my Uncle Bernard Madoff. Me and Linda Hogan would shop til we drop with stolen Visa and Mastercard credit cards at all the Tampa area malls. I also used a stolen American Express card to purchase #425,000.00 worth of Home depot lumber, 2 by 4's, power tools to build Defendants Clearwater Home for them and a secret loft in Hulk Hogans garage where I had 296 Affairs with Linda Hogan while the Hulkster was touring the WWE circuit wrestling with his orange briefs and do-rags I bought Hulk Hogan with the stolen Identity of Kimbo Slice, Hulk Hogans Fu-Manchu Mustache I personally financed with a stolen Capital One No Hassle Card to get trimmed every week from May 2005 through July 2008 at Supercuts and sometimes the Haircuttery, Terry Bollea on July 4, 2009 plans to send 10,000 Hulkamanics to drive me crazy at Federal Medical Center in lexington. Stone Cold Steve Austin Sodomized me with a Budweiser can in Earnhardt Jr's racecar in 2005 under the direct orders of the Hogans. Sylvester Stallone dressed as Rambo and scaled the prison fences to beat me up in front of Hulk Hogan in Rocky and Stallone illegally arrested me in Copland NJ. a violation of my 8th amendment rights. On May 1, 2002, Hulk Hogan wrestled me into a Pretzel to show off in front of Auntie ANN. Nick Hogan spent 166 days in the county jail with me where I taught him how to commit Identity theft & ponzi scams, now Nick financed a car illegally with my credit and crippled John Gruzrano in the car that belongs to me. Hulk Hogan plans to dress me up as Stardust. Hogan sent Bret the Hitman Hart on Feb 14th, 2005 to steal my valentine and Hulk Hogan is a Secret Muslim, as part as Zakat in islam, he donates 25% of his wrestling salary to the Iran sheik and Mullahs to enrich uranium steroids and Hulk Hogan found out Jennifer McDaniel cheated on him with me because I'm the real Rey Mysteria behind the Music. Linda Hogan calls me her "fraud zorro" and Hogans moved to Clearwater Florida on behalf of their family friend Victor Conte of Balco, see the conspiracy "clear" water, the clear is what I rubbed on Hogans legs after each wrestling match. I have evidence and photos of Hulk Hogan sleeping with Andre the Giant at a Super 8 Motel in Orlando, Hogan provided the Giant steroids that gave him a heart Attack

On 1-16-09, Hulk Hogan threw the Rock Johnson at me over the Gaza wall, on 4-4-08. Hulk Hogan stole Macho Mans Slim Jim to break into my bank account at South trust in Tampa to steal my funds to pay for Barry Bonds legal defense. Im in danger of the Hogans. Hogan is wrestling across the country since 2003 in my Briefs & Michael Jordans Haynes and Boxer Joe Frazier. Hogan threw Dumbells at my head in his Gym. I have Youtube Photos of Hulk Hogan shaking Jett Travolta in Ocala Fl and also in Ocala is where Hogan & Wesley Snipes is hiding Bernard Madoffs tax ponzi money. I seek restraining orders. I fear the Hogans will Bodyslam me, put my mother in a headlock, send George the Animal Steel to eat me, and the George Bush walkers are after my Hedge funds. Hogan caused me to lose weight in Anxiety Attacks, I was forced to put makeup on the Ultimate Warrior. Hulk hogan plans to scar my face with Razor Ramone, I'm Johnny from the Karate Kid. Hogan has a secret wrestling ring where he fights pitbulls and I was dressed as Michael Buffer. Linda Hogan has a Jonathan Lee Riches © copyright tatoo on her back of me, I want it removed. Hulk Hogan took my underwear and wrapped it around his head to embarrass me. Hulk Hogan made me polish and massage his muskles and Jonathan Lee Riches Knows Best will be shown on UHF. Hogan took my Prison medication and gave it to Brooke. Defendants violated my 1st, 2nd, 3rd, 4th, 6th, 8th, 14th amendment rights and I seek a restraining order against any of the Defendants from being on T.V. because they offend me. I'm scared, Defendants gave me chronic goosebumps. I will never watch wrestling again because of Hogan. I pray for relief.

Respectfully,
4-22-09

Jonathan Lee Riches d/b/a Vince McMahon
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

Jonathan Lee Riches
#40170-018 You
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

Special Legal Mail

United States District Court
Northern District of Florida
Clerk of Court
401 S.E. First Ave
Gainesville, FL 32601

LEXINGTON KY 405
22 APR 2009 PM 2 T

32601+5806