IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JONATHAN LEE RICHES,**

    **Plaintiff,**

**vs.**                                        **CASE NO. 1:09CV108-MP/AK**

**HULK HOGAN, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause of action against a number of television personalities mostly of wrestling fame for alleged abuses Hulk Hogan and his family have visited upon him and seeks as relief a restraining order because of chronic goose bumps. (Doc. 1). It is a mystery why Plaintiff continues to file cases in this district since he is not incarcerated in Florida (he is now in Lexington, Kentucky, previously he was incarcerated in Salter, South Carolina), and none of the defendants named in his bizarre complaints are connected to this district either. See List of Cases attached.

Again, the complaint is not on the proper forms, he has not submitted a motion for IFP or the filing fee, and he is a "three striker." Although additional grounds for dismissal are not necessary, the complaint is also frivolous and because there is no jurisdictional basis for bringing this lawsuit against any of the Defendants. It is also recommended that the Bureau of Prisons be advised that Plaintiff continues to

file numerous, baseless, and bizarre complaints in this district and to request that disciplinary action be taken against him.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** as frivolous and because Plaintiff has three strikes and has failed to allege imminent danger.

**IN CHAMBERS** at Gainesville, Florida, this  __18th__  day of May, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 1:09cv108-MP/AK**